1 | KAREN P. HEWITT
United States Attorney
2 | CARLA J. BRESSLER
Assistant United States Attorney
3 | California State Bar No. 134886
United States Attorney's Office
4 | Federal Office Building
880 Front Street, Room 6293
5 | San Diego, California 92101
Telephone: (619) 557-6763
6 |
Attorneys for Plaintiff
7 | UNITED STATES OF AMERICA



8 |

9 |                    UNITED STATES DISTRICT COURT

10 |              SOUTHERN DISTRICT OF CALIFORNIA *08CR 1154-BEN*

11 | UNITED STATES OF AMERICA,        )    Magistrate Case No. 08MJ1008
                                     )
12 |              Plaintiff,          )
                                     )    **STIPULATION OF FACT AND JOINT**
13 |        v.                        )    **MOTION FOR RELEASE OF**
                                     )    **MATERIAL WITNESS(ES) AND**
14 | ARISTEO VALDEZ-CAMPOS (1),       )    **ORDER THEREON**
                                     )    _____
15 |              Defendant.          )
                                     )    **(Pre-Indictment Fast-Track Program)**
16 | _____)

17 |      **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18 | OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and

19 | Carla J. Bressler, Assistant United States Attorney, and defendant ARISTEO VALDEZ-CAMPOS,

20 | by and through and with the advice and consent of Anthony E. Colombo Jr., counsel for defendant,

21 | that:

22 |      1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

23 | date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24 | intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

25 | guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26 | of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

27 | and (v)(II).

28 | //

CJB:es:4/7/08                                                               AVG

(MW bond posted as to I. Nieto-Guerrero only)

2.  Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3.  Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **May 2, 2008**.

4.  The material witnesses, Israel Nieto-Guerrero, Luis Gustavo Gonzalez-Gutierrez, and Rodrigo Vicente-Gonzales, in this case:

a.  Are aliens with no lawful right to enter or remain in the United States;

b.  Entered or attempted to enter the United States illegally on or about March 31, 2008;

c.  Were found in a vehicle driven by defendant in or near Campo, California and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

d.  Were paying $2,000 - $2,500 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

e.  May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5.  After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

a.  The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

b.  The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Aristeo Valdez-Campos (1)          2

AVG08MJ1008

1   testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements

2   against interest of (an) unavailable witness(es); and,

3          c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

4   "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

5   and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

6   waives the right to confront and cross-examine the material witness(es) in this case.

7          6.     By signing this stipulation and joint motion, defendant certifies that defendant has

8   read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

9   further that defendant has discussed the terms of this stipulation and joint motion with defense

10  counsel and fully understands its meaning and effect.

11         Based on the foregoing, the parties jointly move the stipulation into evidence and for the

12  immediate release and remand of the above-named material witness(es) to the Department of

13  Homeland Security for return to their country of origin.

14         It is STIPULATED AND AGREED this date.

15                                           Respectfully submitted,

16                                           KAREN P. HEWITT
                                             United States Attorney
17

18  Dated: 4/15/08 .

19                                           CARLA J. BRESSLER
                                             Assistant United States Attorney
20

21  Dated: 4/14/08 .

22                                           ANTHONY E. COLOMBO JR.
                                             Defense Counsel for Valdez-Campos
23                                           Aristeo Valdez Campos

24  Dated: 4/14/08 .

25                                           ARISTEO VALDEZ-CAMPOS
                                             Defendant
26

27

28  Stipulation of Fact and Joint Motion for Release of
    Material Witness(es) And Order Thereon in
    United States v. Aristeo Valdez-Campos (1)          3                    08MJ1008

1

**O R D E R**

2

Upon joint application and motion of the parties, and for good cause shown,

3

**THE STIPULATION** is admitted into evidence, and,

4

**IT IS ORDERED** that the above-named material witness(es) be released and remanded

5

forthwith to the Department of Homeland Security for return to their country of origin.

6

**SO ORDERED.**

7

8

Dated: ___4/15/08___.

9

United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Aristeo Valdez-Campos (1)          4

08MJ1008