FILED
APR 1 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ARISTEO VALDEZ-CAMPOS (1),<br>EDGAR RICARDO OLIVO-CERDA (2),<br><br>　　　　　Defendants. | Criminal Case No. '08 CR 1154 BEN<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The United States Attorney charges:

On or about March 31, 2008, within the Southern District of California, defendants ARISTEO VALDEZ-CAMPOS and EDGAR RICARDO OLIVO-CERDA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Israel Nieto-Guerrero, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: April 15, 2008.

　　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　CARLA J. BRESSLER
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

CJB:es:San Diego
4/7/08